| | | | |
|---|---|---|---|
| Rhoades v. Rhoades | 144 WDA 2016 Affirmed, Vacated and Remanded | 10/18/2016 | No. 2004–1376–Civil–Divorce (Armstrong) |
| Com. v. Alexander | 442 WDA 2016 Affirmed | 10/18/2016 | CP–25–CR–0001065–2014 (Erie) |
| Com. v. Brooks | 2840 EDA 2014 Affirmed | 10/19/2016 | CP–51–CR–0005504–2011 (Philadelphia) |
| Com. v. Hunter | 416 EDA 2015 Affirmed | 10/19/2016 | CP–51–CR–0003045–2014 CP–51–CR–0003048–2014 (Philadelphia) |
| Com. v. Sierra | 904 EDA 2015 Affirmed | 10/19/2016 | CP–51–CR–0004349–2013 (Philadelphia) |
| Com. v. Rivers | 1415 EDA 2015 Affirmed | 10/19/2016 | CP–51–CR–0001598–2013 (Philadelphia) |
| Com. v. Smith | 1881 EDA 2015 Affirmed | 10/19/2016 | CP–51–CR–0011567–2013 (Philadelphia) |
| Com. v. Crawley | 2022 EDA 2015 Affirmed | 10/19/2016 | CP–51–CR–0007325–2013 (Philadelphia) |
| Com. v. Broughton | 2496 EDA 2015 Affirmed | 10/19/2016 | CP–15–CR–0000860–2014 (Chester) |
| Com. v. Banks | 2678 EDA 2015 Affirmed | 10/19/2016 | CP–51–CR–0008665–2007 (Philadelphia) |
| Com. v. Crowley | 2937 EDA 2015 Affirmed, Vacated and Remanded | 10/19/2016 | CP–48–CR–0002903–2013 (Northampton) |
| In re Estate of Butz | 3161 EDA 2015 Affirmed | 10/19/2016 | 26 O.C. 2013 (Monroe) |
| Benckini v. Grant [23] | 3268 EDA 2015 Affirmed | 10/19/2016 | 2014–C–3970 (Lehigh) |
| Com. v. Rice | 3352 EDA 2015 Affirmed | 10/19/2016 | CP–51–CR–0003870–2015 (Philadelphia) |
| Com. v. Mongeau | 3513 EDA 2015 Affirmed | 10/19/2016 | CP–09–CR–0006068–2014 |
| Com. v. Hernandez | 3621 EDA 2015 Affirmed | 10/19/2016 | CP–39–CR–0000042–2013 (Lehigh) |

23. Petition for reargument denied November 23, 2016.